IN THE DISTRICT COURT IN AND FOR
THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:11-CV-60864-JIC

RICKY ESPINAL,

    Plaintiff,

v.

PINNACLE FINANCIAL GROUP, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of the Southern District of Florida, Plaintiff's Notice of Settlement. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

    Respectfully submitted,
    **RICKY ESPINAL**

    By: s/ Alex Weisberg
    ALEX D. WEISBERG
    FBN: 0566551
    WEISBERG & MEYERS, LLC
    ATTORNEYS FOR PLAINTIFFS
    5722 S. Flamingo Road, Ste. 656
    Cooper City, FL 33330
    (954) 212-2184
    (866) 577-0963 fax
    aweisberg@attorneysforconsumers.com

I HEREBY CERTIFY THAT this Notice was filed on this 14th day of July, 2011, by means of the CM/ECF system which will send notice of electronic filing to the following: Ms. Julie Schwartz-Karron, jschwartz@hinshawlaw.com.

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com