IN THE DISTRICT COURT IN AND FOR
THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. Case No. 0:11-CV-60854-JIC

RICKY ESPINAL,

    Plaintiff,

v.

PINNACLE FINANCIAL GROUP, LLC,

    Defendant.
_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of Court of the Southern District Florida Plaintiff's Notice of Dismissal of Case with Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 19th Day of August, 2011.

    By: s/ Alex Weisberg
    ALEX D. WEISBERG
    FBN: 0566551
    WEISBERG & MEYERS, LLC
    ATTORNEYS FOR PLAINTIFF
    5722 S. Flamingo Rd, Ste. 656
    Cooper City, FL 33330
    (954) 212-2184
    (866) 577-0963 fax
    aweisberg@attorneysforconsumers.com

## CERTIFICATE OF FILING

I, Alex D. Weisberg, certify that on August 19th, 2011, I electronically filed the foregoing Notice with the clerk of the U.S. District Court using the electronic case filing system of the court, which will send notification of such filing to the following: Julie B. Schwartz-Karron, at jschwartz@hinshawlaw.com.

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com