UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-60864-CIV-COHN/SELTZER

RICKY ESPINAL,

       Plaintiff,

v.

PINNACLE FINANCIAL GROUP, INC.,

       Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation for Voluntary Dismissal with Prejudice [DE 12]. Having reviewed the stipulation and the record in this case, and being otherwise advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in the above-captioned action are **DISMISSED with prejudice**, with each party to bear its own costs and attorneys' fees. It is further

**ORDERED AND ADJUDGED** that any pending motions are **DENIED as moot**, and the Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 19th day of August, 2011.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF